■ STATE OF CALIFORNIA PUBLIC EMPLOYEES' RETIREMENT SYSTEM, Respondent, v 370 LEXINGTON AVENUE REALTY CORP.

et al., Appellants, et al., Defendants. [627 NYS2d 916] —Order, Supreme Court, New York County (Stephen Crane, J.), entered on December 14, 1994, unanimously affirmed for the reasons stated by Crane, J., with costs and disbursements. No opinion. Concur—Sullivan, J. P., Rubin, Ross, Nardelli and Mazzarelli, JJ.